

**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**

NOTICE

Appellate case name:    Gary L. Milburn v. Tiffany C. Hill

Appellate case number: 01-22-00105-CV

Trial court case number:    18-DCV-253121

Trial court:                387th District Court of Fort Bend County

The Court's records indicate that your notice of appeal on the merits of the underlying case may not have been timely filed. *See* TEX. R. APP. P. 26.1 (requiring notice of appeal to be filed within thirty days after date judgment is signed). A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by rule 26.1, but within the 15-day extension period provided by Rule 26.3. *See* TEX. R. APP. P. 26.1, 26.3; *Verburgt v. Dorner*, 959 S.W.2d 615, 617–18 (Tex. 1997). The appellant must, however, offer a reasonable explanation for failing to file the notice of appeal in a timely manner. *See* TEX. R. APP. P. 10.5(b)(1)(C), 26.3; *Jones v. City of Houston*, 976 S.W.2d 676, 677 (Tex. 1998).

Accordingly, the Court has directed me to notify you that unless, **within 10 days of the date of this notice**, you respond in writing, providing a reasonable explanation for untimely filing the notice of appeal, your appeal may be dismissed. *See* TEX. R. APP. P. 42.3(a), (c).

Clerk's Signature:    __/s/ Christopher A. Prine_____
                           Clerk of the Court

Date: April 12, 2022